# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Edward T. Englehardt

                            Plaintiff,

v.                                                   Case No.: 1:10–cv–01424

                                                                 Honorable Charles P. Kocoras

Costco Wholesale Corporation

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 9, 2010:

      MINUTE entry before Honorable Charles P. Kocoras:Motion hearing held on 6/9/2010. Defendant's motion (Doc [17]) to stay this case pending resolution of similar case before the U.S. Court of Appeals for the Federal Circuit is presently granted. Defendant's motion (Doc [15]) to dismiss is entered and continued generally. Briefing schedule on said motion to dismiss, including the ruling date of 7/15/2010, is stricken. Status hearing set for 9/16/2010 at 9:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.